# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DON PHARR, *individually and*
*and on behalf of all others similarly situated*,

    Plaintiff,

v.

                                      Case No. 2:24-cv-01111-MIS-KRS

PINNACLE SPECIALTY GROUP, INC.

    Defendants.

## **FINAL JUDGMENT**

    Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Closing Case entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

                                                                   */s/ Margaret Strickland*
                                                                   **MARGARET STRICKLAND**
                                                                   UNITED STATES DISTRICT JUDGE